■ STATE OF NEW YORK, Respondent, v WARREN BROTHERS CO., INC., Defendant, and ARNOLD CARLSON, Appellant. *(Action No. 1.)* TOWN OF HEMPSTEAD, Respondent, v ARNOLD CARLSON, Appellant. *(Action No. 2.)* JOHN J. DOWLING, as Commissioner of the Nassau County Department of Health, et al., Respondents, v ARNOLD CARLSON, Appellant. *(Action No. 3.)*— In jointly tried actions, *inter alia,* to permanently enjoin defendants from conducting landfill and dumping operations, defendant Arnold Carlson appeals from a judgment of the Supreme Court, Nassau County, entered January 28, 1977, which, after a nonjury trial, *inter alia,* declared that he had violated certain provisions of the Environmental Conservation Law, cited him for contempt and imposed fines accordingly. Judgment affirmed, with one bill of costs jointly to respondents appearing separately and filing separate briefs, on the opinion of Mr. Justice Albert at Special Term. Appellant's time to pay the fines is extended until 30 days after entry of the order to be made hereon. Titone, J. P., Suozzi, Margett and Hawkins, JJ., concur.

■ VILLAGE OF WARWICK, Respondent, v REPUBLIC INSURANCE COMPANY, Appellant, and AMERICAN SAVINGS & LOAN ASSOCIATION, Intervenor-Respondent.—In an action on a bond, the defendant surety appeals from so much of an order of the Supreme Court, Orange County, dated January 27, 1978, as denied its motion for summary judgment. Order affirmed insofar as appealed from, with one bill of $50 costs and disbursements jointly to respondents. Defendant issued a performance bond pursuant to former section 179-l (now section 7-730) of the Village Law. Since there are issues of fact which have not yet been resolved, summary judgment was properly denied (see *Town of Shawangunk v Goldwil Props. Corp.,* 61 AD2d 693). Martuscello, J. P., Rabin, Gulotta and Cohalan, JJ., concur.